**Order entered October 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00851-CV

**LSREF2 APEX (TX) II, LLC, Appellant**

**V.**

**GREGORY BLOMQUIST AND DANIEL D. DAVIDS, II, Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02840-2012**

## ORDER

We **GRANT** appellant's October 17, 2014 unopposed motion to extend time to file brief in reply to appellee Gregory Blomquist's brief and **ORDER** the brief be filed no later than December 4, 2014.

/s/     ADA BROWN
JUSTICE